NUMBER 13-07-688-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: WILLIAM BURNETT


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez and Benavides


Per Curiam Memorandum Opinion (1)



 Relator, William Burnett, proceeding pro se, filed a petition for writ of mandamus in
the above cause on August 7, 2007. The Court requested that the real party in interest,
the State of Texas by and through the District Attorney in and for Cameron County, Texas,
file a response to relator's petition for writ of mandamus. The real party in interest has now
filed a motion to strike relator's petition for writ of mandamus on grounds that relator failed
to serve the real party in interest with the petition for writ of mandamus in accordance with
the applicable rules of service. See Tex. R. App. P. 9.5(a). 

 We GRANT the motion to strike. We DISMISS this original proceeding without
prejudice to relator's ability to further pursue this matter in accordance with the applicable
rules of procedure. 

 We direct the Clerk of the Court to forward a copy of this memorandum opinion to
relator's last known address by United States mail, return receipt requested. 


 PER CURIAM



Memorandum Opinion delivered and filed

this 9th day of January, 2008.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).